

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

MAY 13 2021

PATRICK KEANEY
Clerk, U.S. District Court

By_____
Deputy Clerk

UNITED STATES OF AMERICA,

Plaintiff,

v.

JIMMY HOLMES NACE and
MATTHEW JENNINGS VERMILLION,

Defendants.

Case No. CR 21-198 RAW

# INDICTMENT

The Federal Grand Jury charges:

### COUNT ONE

### MURDER IN INDIAN COUNTRY
### [18 U.S.C. §§ 1111(a), 1151, 1152 & 2]

On or about July 3, 2019, within the Eastern District of Oklahoma, in Indian Country, the defendants, **JIMMY HOLMES NACE** and **MATTHEW JENNINGS VERMILLION**, willfully, deliberately, maliciously, and with premeditation and malice aforethought, did unlawfully kill Bobby Joe Dalpoas, an Indian, in violation of Title 18, United States Code, Sections 1111(a), 1151, 1152 and 2.

A TRUE BILL:

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY

CHRISTOPHER J. WILSON
Acting United States Attorney

_____
BENJAMIN P. GIFFORD, TX BAR #24111143
Assistant United States Attorney