IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

FILED
JAN 11 2022
PATRICK KEANEY
Clerk, U.S. District Court
By_____
Deputy Clerk

UNITED STATES OF AMERICA,

Plaintiff,

v.

JIMMY HOLMES NACE and
MATTHEW JENNINGS VERMILLION,

Defendants.

Case No. CR-21-198-RAW

## SUPERSEDING INDICTMENT

The Federal Grand Jury charges:

### COUNT ONE

**MURDER IN INDIAN COUNTRY**
[18 U.S.C. §§ 1111(a), 1151, 1152 & 2]

On or about July 3, 2019, within the Eastern District of Oklahoma, in Indian Country, the defendants, **JIMMY HOLMES NACE**, a non-Indian, and **MATTHEW JENNINGS VERMILLION**, a non-Indian, willfully, deliberately, maliciously, and with premeditation and malice aforethought, did unlawfully kill Bobby Joe Dalpoas, an Indian, in violation of Title 18, United States Code, Sections 1111(a), 1151, 1152, and 2.

A TRUE BILL:

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

CHRISTOPHER J. WILSON
United States Attorney

s / Foreperson
FOREPERSON OF THE GRAND JURY

_____
L. Cameron McEwen, AL BAR # 7161-R67M
Assistant United States Attorney