OKED 442 (Rev. 09/15)

*RECEIVED U.S. MARSHALS EASTERN OKLAHOMA 2022 JAN 12 PM 2: 14*

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| United States of America<br>v.<br><br>_____JIMMY HOLMES NACE_____<br>*Defendant* | )<br>)<br>)<br>)  Case No. CR-21-198-RAW<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
**JIMMY HOLMES NACE**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☒ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Ct. 1 – Murder in Indian Country

FILED JAN 13 2022

DATE: 01/11/2022
Muskogee, Oklahoma
PATRICK KEANEY
Clerk, U.S. District Court
By: _____
       *Deputy Clerk*

WARRANT ISSUED:
PATRICK KEANEY, Clerk

By: _____Nick Dow_____
       *Deputy Clerk*

### Return

This warrant was received on *(date)* 1/12/22, and the person was arrested on *(date)* 1/12/22
at *(city and state)* USMS - E/OK.

Date: 1/13/22

_____
*Arresting officer's signature*

Robert Slavin Dosen
*Printed name and title*