UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. CR-21-198-RAW |
| JIMMY HOLMES NACE, | ) | Date:  2/16/2022 |
| Defendant. | ) | Time:  10:01 a.m. – 11:18 a.m. |

## MINUTE SHEET - MOTION HEARING

Kimberly E. West, Judge        K. Davis, Law Clerk        K. McWhorter, Reporter
                               P. Bruce, Deputy Clerk     FTR Courtroom 3

Counsel for Plaintiff:    Cameron McEwen and Michael Warren, AUSA
Counsel for Defendant:    James W. Bryant, AFPD - GA
Defendant appears in person:  [X] with Counsel;   [] Counsel waived;   [] w/o Counsel;

**GOVERNMENT'S WITNESSES:**  **DEFENDANT'S WITNESSES:**
1. Randy Hess, Pittsburg County Sheriff  
1.  
2.  
3.  
4.  

**GOVERNMENT'S EXHIBITS:**  **DEFENDANT'S EXHIBITS:**
1. Audio of Defendant's first statement of 7/5/2019   1.
2. Audio of Defendant's second statement of 7/5/2019  2.
3. Miranda Waiver executed by Defendant on 8/6/2019   3.
4. Defendant's written statement of 8/6/2019          4.
5. Audio of Defendant's statement of 8/6/2019

**MINUTES:** Comes on for hearing on defendant Jimmy Holmes Nace's Motion to Suppress Statements Made to Law Enforcement [Dkt. 97] and Amended Motion to Suppress Statements Made to Law Enforcement [Dkt. 123]. Government calls Witness #1 – Randy Hess. Parties stipulate to admittance of Government's Exhibits 1, 2, 3, 4, and 5. Admitted (KEW). Cross-examination of Witness #1 by Defendant. Redirect of Witness #1 by Government. Government rests. No witnesses or exhibits by Defendant. Defendant proceeds by way of argument. Defendant rests. Court takes the motion under advisement and will enter Report and Recommendation.