# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>v.<br><br>JIMMY NACE,<br><br>　　　Defendant. | Case No. CR-21-198-RAW |

## ORDER

This matter came on for pretrial conference on February 17, 2022. For the reasons stated at the hearing, the Defendant's motion in limine regarding crime scene and autopsy photographs [Docket No. 135] is granted in part and denied in part as follows: bates number 63 will be allowed; bates numbers 120 and 132 will be excluded. Additionally, the court construed the Government's response to the Defendant's notice to impeach [Docket No. 129] as a motion in limine and granted it.

The court will rule by separate order on the Government's motion in limine regarding specific instances of conduct as evidence of the Defendant's or Mr. Dalpoa's character [Docket No. 130] and on the Government's notice of other crimes, wrongs, or bad acts of the Defendant and the Defendant's response thereto [Docket Nos. 96 and 109]. The court will also rule by separate order on the Defendant's motion to suppress his statements made to law enforcement [Docket Nos. 97 and 123] once the Report and Recommendation and any objections thereto have been filed.

**IT IS SO ORDERED** this 17th day of February, 2022.

　　　　　　　　　　　　　　　　　　　　　　*Ronald A. White*
　　　　　　　　　　　　　　　　　　　　　　**THE HONORABLE RONALD A. WHITE**
　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**
　　　　　　　　　　　　　　　　　　　　　　**EASTERN DISTRICT OF OKLAHOMA**