IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA
MUSKOGEE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JIMMY HOLMES NACE | CRIMINAL INFORMATION<br>6:21-CR-198-RAW |

## MOTION TO FILE EXHIBITS UNDER SEAL

COMES NOW, the Defendant, JIMMY HOLMES NACE, by and through undersigned counsel, and moves the Court for leave to file the Exhibits to his Motion In Limine Re: Crime Scene and Autopsy Photographs (Doc. 135) under seal.

In support thereof, the Defendant shows the Court the following:

1. The Exhibits are photographs of the gruesome nature of the crime scene and autopsy.

WHEREFORE, Mr. Nace requests an Order directing the clerk of court to file the exhibits under seal.

Dated: This 18th day of February, 2022.

Respectfully Submitted,

*/s/ J. Wesley Bryant*
J. Wesley Bryant
Georgia Bar No. 091621
Attorney for Jimmy Nace

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2022, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

>Terry Cameron McEwen
>Assistant United States Attorney
>520 Denison Avenue
>Muskogee, OK 74401
>Cameron.Mcewen@usdoj.gov

>*/s/ J. Wesley Bryant*
>J. Wesley Bryant
>Georgia Bar No. 091621
>Attorney for Jimmy Nace

Federal Defender Program, Inc.
101 Marietta Street, NW
Centennial Tower, Suite 1500
Atlanta, Georgia 30303
404-688-7530
Wes_Bryant@fd.org