IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

MUSKOGEE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL ACTION NO. |
| | : | 6:21-CR-198-RAW |
| JIMMY NACE | : | |

_____

NOTICE OF EXPERT WITNESS

Pursuant to the Court's order on January 26, 2022, to provide a Notice of Expert Witnesses, (Doc. 101), and the Court's order of March 2, 2022, allowing notice to be filed out of time, (Doc. 167), Counsel notifies the Court of having previously notified the government of our intention of calling Dr. Andrew Baker as an expert witness.

Dated: This 5th day of March, 2022.

                                                    Respectfully submitted,

                                                    */s/ J. Wesley Bryant*_____
                                                    J. WESLEY BRYANT
                                                    Georgia Bar No. 091621
                                                    Attorney for Mr. Nace

Federal Defender Program, Inc.
Centennial Tower, Suite 1500
101 Marietta Street, N.W.
Atlanta, Georgia 30303
(404) 688-7530
Wes_Bryant@fd.org

CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice has been formatted in Times New Roman 14 point, in accordance with Local Rule 5.1B, and was electronically filed this day with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following counsel of record:

> T. Cameron McEwen
> Assistant United States Attorney
> Eastern District of Oklahoma
> 520 Denison Ave
> Muskogee, OK 74401

Dated: This 5th day of March, 2022.

> /s/ J. Wesley Bryant
> J. WESLEY BRYANT
> Georgia Bar No. 091621
> Attorney for Mr. Nace