IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

MUSKOGEE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL ACTION NO. |
| | : | 6:21-CR-198-RAW |
| JIMMY NACE | : | |

_____

NOTICE TO ENTER A PLEA

The Defendant, Jimmy Nace, by and through undersigned Counsel, hereby notifies the court of his intention to enter a plea of guilty to a criminal information to the charge of aiding and abetting murder in the second degree.

Dated: This 11th day of March, 2022.

Respectfully submitted,

/s/ J. Wesley Bryant
J. WESLEY BRYANT
Georgia Bar No. 091621
Attorney for Mr. Nace

Federal Defender Program, Inc.
Centennial Tower, Suite 1500
101 Marietta Street, N.W.
Atlanta, Georgia 30303
(404) 688-7530
Wes_Bryant@fd.org

1

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion to Suppress Statements has been formatted in Times New Roman 14 point, in accordance with Local Rule 5.1B, and was electronically filed this day with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following counsel of record:

> T. Cameron McEwen
> Assistant United States Attorney
> Eastern District of Oklahoma
> 520 Denison Ave
> Muskogee, OK 74401

Dated:  This 11th day of February, 2022.

> /s/ J. Wesley Bryant
> J. WESLEY BRYANT
> Georgia Bar No. 091621
> Attorney for Mr. Nace