IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>**JIMMY HOLMES NACE,**<br><br>*Defendant.* | Case No. CR-21-198-RAW |

# I N F O R M A T I O N

The United States Attorney charges:

### COUNT ONE

### MURDER IN INDIAN COUNTRY – SECOND DEGREE
### [18 U.S.C. §§ 1111(a), 1151, 1152 & 2]

On or about July 3, 2019, within the Eastern District of Oklahoma, in Indian Country, the defendant, **JIMMY HOLMES NACE**, a non-Indian, with malice aforethought, did unlawfully kill Bobby Joe Dalpoas, Jr., an Indian, in violation of Title 18, United States Code, Sections 1111(a), 1151, 1152, and 2.

CHRISTOPHER J. WILSON
United States Attorney

/s/ T. Cameron McEwen
T. CAMERON MCEWEN
AL Bar #7161-R67M
Assistant United States Attorney