# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> v. ) <br> JIMMY HOLMES NACE ) <br> Defendant. ) | Case No.: CR-21-198-RAW-01 <br> Date: 3/14/2022 <br> Time: 10:08 a.m. – 10:28 a.m. |

## MINUTE SHEET
## WAIVER OF INDICTMENT/ PLEA HEARING

U.S. Magistrate Judge Steven P. Shreder     P. Bruce, Deputy Clerk          K. McWhorter, Reporter
                                                                             FTR Courtroom:  4 - Room 420

Counsel for Plaintiff:   Cameron McEwen and Gregory Dean Burris, AUSA
Counsel for Defendant:  James W. Bryant, AFPD - GA

☐ Defendant gives oral consent to proceed by video conference

Defendant appears:  ☒ with Counsel;   ☐ Counsel waived;   ☐ w/o Counsel;
Defendant:   ☒ Sworn

☒ Consent to Proceed before U. S. Magistrate Judge executed by defendant and filed.

☒ Defendant advised of charges and possible penalties
☒ Guideline estimates discussed
☒ Defendant entered guilty plea to Count(s)  1   of the Information
☒ Plea Agreement:  ☒ terms orally disclosed     ☒ written plea agreement filed   ☐ no written plea agreement
       ☐ Motion for Additional One Point Reduction for Acceptance of Responsibility filed by Government
       ☒ Remaining Count(s) to be dismissed at sentencing: Count(s)_____

Defendant waived:  ☒ Indictment;   ☒ Jury Trial;   ☐ Speedy Trial;   ☐ 30 Days Preparation;
☐ Separate Representation;   ☒ Waivers accepted by Court

☒ Defendant waived right to having jury determine facts used to enhance Defendant's sentence and consents to the sentencing judge to determine those facts

☒ Defendant related facts of charge;   ☒ Government agreed Defendant's statements meet elements of offense

☒ Court findings:    ☒ Defendant found mentally competent to understand charges and proceedings
                     ☒ Factual basis for Defendant's plea;
                     ☒ Defendant is guilty as charged as to Count(s)  1  of the Information

☒ PSI Ordered        Probation Officer:  S. Nagel

☐ Defendant released on same bond with pretrial supervision (re: Order Setting Conditions of Release)
☒ Government requested U.S. Magistrate issue Report and Recommendation to District Court with regard to finding of guilt. DENIED (SPS).

☒ Defendant remanded to custody of U.S. Marshal