IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA
MUSKOGEE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL CASE NO. 6:21-CR-00198-RAW-1 |
| JIMMY HOMLES NACE | |

NOTICE OF FILING LEAVE OF ABSENCE

James Wesley Bryant of the Federal Defender Program, Inc. herein files this notice of filing leave of absence. I respectfully request that the Court not schedule any court appearances for the following dates.

    May 23, 2022 through and including May 27, 2022
    June 12, 2022 through and including June 18, 2022
    June 27, 2022 through and including July 15, 2022
    September 19, 2022 through and including September 23, 2022
    October 6, 2022 through and including October 7, 2022
    November 21, 2022 through and including November 25, 2022
    December 27, 2022 through and including January 3, 2023

Respectfully Submitted, this 20th day of April, 2022.

                                          */s/ James Wesley Bryant*
                                          James Wesley Bryant
                                          Georgia Bar No. 091621
                                          Attorney for Mr. Nace

Federal Defender Program, Inc.
Centennial Tower, Suite 1500
101 Marietta Street, N.W.
Atlanta, Georgia 30303
(404) 688-7530
Wes_Bryant@fd.org

CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Filing Leave of Absence has been formatted in Times New Roman 14 pt., in accordance with Local Rule 5.1B, and was electronically filed this day with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following counsel of record:

> T. Cameron McEwen
> Assistant United States Attorney
> Eastern District of Oklahoma
> 520 Denison Ave
> Muskogee, OK 74401

Dated: This 20th day of April, 2022.

> /s/ James Wesley Bryant
> James Wesley Bryant
> Georgia Bar No. 091621

Federal Defender Program, Inc.
Centennial Tower, Suite 1500
101 Marietta Street, N.W.
Atlanta, Georgia 30303
(404) 688-7530
Wes_Bryant@fd.org